Exported by Cetient Legal Research AI https://www.cetient.com FILED22 DEC '25 13:39USDC-ORP

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**MICHAEL WASHINGTON,**

**Plaintiff,**

**v.**

**MELVIN ABLE, VERA POOL, VERA ABLE, VERA LEWIS, MICHAEL MINNIEWEATHER, TEAL ABLE, J. MICHAEL HARRIS, BERNICE ROBERTSON, JACKIE DAVIS, DAVID KELLER, DERRICK EMMETTS, DARRYL BOYLE, TERRY EMMETTS, WELLS FARGO, CHASE BANK, BANK OF AMERICA, U.S. BANK, UMPQUA BANK, NORTHWEST STREET OF DREAMS, CITY CENTRAL CONCERN, WALMART MARKETPLACE, MULTNOMAH COUNTY PUBLIC DEFENDER'S OFFICE, DARRYL BOYLE REAL ESTATE, and K. WILLIAMS REAL ESTATE,**

**Defendants.**

**Case No.:** 3:25-cv-2389-AB

**COMPLAINT**

**(Jury Trial Demanded)**

Plaintiff Michael Washington ("Plaintiff"), by and through the undersigned, alleges as follows for their complaint against Defendants Melvin Able, Vera Pool, Vera Able, Vera Lewis, Michael Minnieweather, Teal Able, J. Michael Harris, Bernice Robertson, Jackie Davis, David Keller, Derrick Emmetts, Darryl Boyle, Terry Emmetts, Wells Fargo, Chase Bank, Bank of America, U.S. Bank, Umpqua Bank, Northwest Street of Dreams, City Central Concern, Walmart Marketplace, Multnomah County Public Defender's Office, Darryl Boyle Real Estate, and K. Williams Real Estate (collectively, "Defendants"):

## I. PARTIES

https://www.cetient.com/research/b11dd05e-dda0-4c47-b778-ec3153795a98

Exported by Cetient Legal Research AI https://www.cetient.com

1. Plaintiff Michael Washington is an individual and a citizen of the State of Oregon, residing in Multnomah County.

2. Upon information and belief, Defendant Melvin Able is an individual and a citizen of the State of [State of Citizenship].

3. Upon information and belief, Defendant Vera Pool is an individual and a citizen of the State of [State of Citizenship].

4. Upon information and belief, Defendant Vera Able is an individual and a citizen of the State of [State of Citizenship].

5. Upon information and belief, Defendant Vera Lewis is an individual and a citizen of the State of [State of Citizenship].

6. Upon information and belief, Defendant Michael Minnieweather is an individual and a citizen of the State of [State of Citizenship].

7. Upon information and belief, Defendant Teal Able is an individual and a citizen of the State of [State of Citizenship].

8. Upon information and belief, Defendant J. Michael Harris is an individual and a citizen of the State of [State of Citizenship].

9. Upon information and belief, Defendant Bernice Robertson is an individual and a citizen of the State of [State of Citizenship].

10. Upon information and belief, Defendant Jackie Davis is an individual and a citizen of the State of [State of Citizenship].

11. Upon information and belief, Defendant David Keller is an individual and a citizen of the State of [State of Citizenship].

12. Upon information and belief, Defendant Derrick Emmetts is an individual and a citizen of the State of [State of Citizenship].

https://www.cetient.com/research/b11dd05e-dda0-4c47-b778-ec3153795a98

Exported by Cetient Legal Research AI https://www.cetient.com

13. Upon information and belief, Defendant Darryl Boyle is an individual and a citizen of the State of [State of Citizenship].

14. Upon information and belief, Defendant Terry Emmetts is an individual and a citizen of the State of [State of Citizenship].

15. Upon information and belief, Defendant Wells Fargo is a corporation with its principal place of business in the State of [State of Principal Place of Business].

16. Upon information and belief, Defendant Chase Bank is a corporation with its principal place of business in the State of [State of Principal Place of Business].

17. Upon information and belief, Defendant Bank of America is a corporation with its principal place of business in the State of [State of Principal Place of Business].

18. Upon information and belief, Defendant U.S. Bank is a corporation with its principal place of business in the State of [State of Principal Place of Business].

19. Upon information and belief, Defendant Umpqua Bank is a corporation with its principal place of business in the State of [State of Principal Place of Business].

20. Upon information and belief, Defendant Northwest Street of Dreams is an entity with its principal place of business in the State of [State of Principal Place of Business].

21. Upon information and belief, Defendant City Central Concern is an entity with its principal place of business in the State of [State of Principal Place of Business].

22. Upon information and belief, Defendant Walmart Marketplace is a corporation with its principal place of business in the State of [State of Principal Place of Business].

23. Upon information and belief, Defendant Multnomah County Public Defender's Office is an entity with its principal place of business in the State of [State of Principal Place of Business].

24. Upon information and belief, Defendant Darryl Boyle Real Estate is an entity with its principal place of business in the State of [State of Principal Place of Business].

https://www.cetient.com/research/b11dd05e-dda0-4c47-b778-ec3153795a98

Exported by Cetient Legal Research AI https://www.cetient.com

25. Upon information and belief, Defendant K. Williams Real Estate is an entity with its principal place of business in the State of [State of Principal Place of Business].

**II. JURISDICTION AND VENUE**

26. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

27. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district, specifically within Multnomah County, Oregon.

**III. FACTUAL ALLEGATIONS**

*[Provide a brief, plain statement of the facts that form the basis of your claims. Describe the relationship between you and the various Defendants and the general context of the dispute. It is important to state the specific actions taken by EACH Defendant. Explain how each named individual and each named bank was involved in the alleged defamation and fraud.]*

**FIRST CLAIM FOR RELIEF (Defamation)**

28. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs.

29. Defendants made false and defamatory statements of fact concerning Plaintiff. The specific false and defamatory statements include, but are not limited to, the following:

    – *[Describe in detail each specific false and defamatory statement made about you. For each statement, identify WHICH Defendant(s) made it. Be as specific as possible, including dates, times, and the exact words used, if known.]*

30. Defendants communicated, or "published," these false and defamatory statements to one or more third parties.

https://www.cetient.com/research/b11dd05e-dda0-4c47-b778-ec3153795a98

Exported by Cetient Legal Research AI https://www.cetient.com

- *[For each statement, identify the third parties to whom the statement was communicated and the manner of communication (e.g., in writing, orally, online). Specify WHICH Defendant(s) made the communication.]*

31. Defendants made these statements with the requisite degree of fault. The relevant Defendants knew the statements were false and made them with reckless disregard for their truth or falsity, or at a minimum, were negligent in failing to ascertain their truthfulness before publishing them.

    - *[Explain why you believe the specific Defendants who made the statements acted with malice, recklessness, or negligence.]*

32. The statements were not privileged.

33. As a direct and proximate result of Defendants' defamatory statements, Plaintiff has suffered harm to their reputation, personal humiliation, mental anguish, and emotional distress.

    - *[Describe the specific harm to your reputation and any resulting financial or personal damages you have suffered.]*

**SECOND CLAIM FOR RELIEF (Fraud / Intentional Misrepresentation)**

34. Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs.

35. Defendants made false representations of material fact to Plaintiff through one or more falsified documents.

    - *[Identify the specific document(s) that were falsified. Describe the document's purpose, how you received it, and WHICH Defendant(s) created, provided, or were involved with the falsified document.]*

36. The representations within these documents were false. Specifically, the following representations were false:

Exported by Cetient Legal Research AI https://www.cetient.com

- *[List each specific false statement or misrepresentation contained within the falsified document(s) and identify WHICH Defendant(s) were responsible for each false statement.]*

37. When the relevant Defendants made these representations, they knew they were false or made them recklessly, without knowledge of their truth.

38. The relevant Defendants made these false representations with the intent that Plaintiff would rely on them.

    - *[Explain the action or decision the Defendants intended for you to take based on the false information in the documents.]*

39. Plaintiff was ignorant of the falsity of the representations and justifiably relied upon their truth. Plaintiff's reliance was reasonable under the circumstances.

    - *[Describe the specific actions you took, or refrained from taking, because you believed the information in the documents was true.]*

40. As a direct and proximate result of Plaintiff's justifiable reliance on Defendants' false representations, Plaintiff has suffered damages.

    - *[Describe the financial or other harm you suffered as a direct result of your reliance on the falsified documents.]*

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in their favor and against Defendants as follows:

A. Awarding Plaintiff compensatory damages in an amount to be determined at trial, but in no event less than $75,000; B. Awarding Plaintiff punitive damages in an amount sufficient to punish Defendants and deter similar conduct in the future; C. Awarding Plaintiff the costs of this suit, including reasonable attorney's fees to the extent permitted by law; and D. Granting such other and further relief as the Court deems just and proper.

Exported by Cetient Legal Research AI https://www.cetient.com

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Dated: December 22, 2025

Respectfully submitted, Michael Washington

Michael Washington

4520 N. Maryland Ave. Portland, Ore 97217

**Michael Washington**, Plaintiff Pro Se *[Your Street Address] [Your City, State, ZIP Code]*

*[Your Telephone Number] [Your Email Address]*

(971)404-9448 Bantu Development Llc

Bantu properties Llc